Dolores ROMINE and Legion Insurance Company,

v.

RPS, INC., formerly known as Roadway Package System, Inc.

Petition of Legion Insurance Company.

Supreme Court of Pennsylvania.

Jan. 31, 2002.

### ORDER

PER CURIAM.

**AND NOW,** this 31st day of January, 2002, the Petition for Allowance of Appeal is **GRANTED.** This matter is **REVERSED** and **REMANDED** for reconsideration in light of this court's decision in *Thompson v. WCAB*, 566 Pa. 420, 781 A.2d 1146 (2001).